UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN JAMES WALSH,  **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

(Theft from an Indian Tribal Organization)

Between in or about February 2023 and in or about January 2024, in Allegan County, on land held in trust by the United States for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians (Gun Lake Tribe), in the Southern Division of the Western District of Michigan, the defendant,

**RYAN JAMES WALSH,**

stole, embezzled, and knowingly converted to his own use more than $1,000 of money belonging to the Gun Lake Gaming Commission, an Indian tribal organization.

18 U.S.C. § 1163
18 U.S.C. § 1151
18 U.S.C. § 1152

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

*(signature)*
_____
ERIN K. LANE
Assistant United States Attorney